IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CATHYE JO STEPHENS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 3:16-cv-02715 |
| | ) Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION, | ) ) |
| Defendant. | ) |

**O R D E R**

On June 22, 2017, the magistrate judge issued a Report and Recommendation (DE #8), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED without prejudice pursuant to Rule 4(m), Federal Rules of Civil Procedure, for failure to obtain timely service of process.

This Order constitutes the judgment in this case.

It is so **ORDERED**.

ENTER this 12th day of July 2017.

_____
ALETA A. TRAUGER
U.S. District Judge